

# THE THIRTEENTH COURT OF APPEALS

## 13-23-00130-CV

KASSANDRA CASAS
v.
SIERRA HOUSING, LTD

On Appeal from the
County Court at Law No. 5 of Nueces County, Texas
Trial Court Cause No. 2023CCV-60216-5

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the appeal should be dismissed. The Court orders the appeal DISMISSED in accordance with its opinion. No costs are assessed, as appellant filed an affidavit of inability to pay costs.

We further order this decision certified below for observance.

August 31, 2023